IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| NEIL STEGALL,<br>　　　　　Plaintiff<br><br>V.<br><br>TRAVIS USRY, D/B/A BACK FORT<br>SEAFOOD RESTAURANT<br>OF LAKE, INC.<br><br>　　　　　Defendant | Case No: 3:17-cv-00771-DPJ-FKB<br><br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FILED<br>APR 11 2018<br>ARTHUR JOHNSTON<br>BY_____ DEPUTY |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, NEIL STEGALL, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant, BACK FORTY SEAFOOD AND RESTURANT OF LAKE, INC AND TRAVIS USRY.

Date:   April 9th, 2018

*Neil Stegall* (signature)
Neil Stegall
415 South First Ave., # I-1
Forest, MS 39074
601-469-0878